IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE COATS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil No. 3:12-CV-4968-M-BK |
| CAROLYN W. COLVIN, § | |
| Acting Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections on October 22, 2013, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The Court notes that Dr. Boulos, unlike Dr. Teng, spoke to the period between Plaintiff's alleged onset of disability and her DLI.

The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 14th day of November, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS